11/06/08

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
MAR - 7 2012
3-7-12
THOMAS G BRUTON
CLERK U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

**LOUIS FASULLO**,
    Plaintiff

v.

**MARVEL COMICS**,
    Defendant(s)

Case Number: 1:12-cv-01660
Judge James B. Zagel
Judge: Magistrate Judge Morton Denlow

*Instructions:* Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place an X in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

*Application:* I, **LOUIS FASULLO**, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated?    ☐ Yes    ☒ No
(If "No," go to Question 2)
I.D. # _____ Name of prison or jail: _____
Do you receive any payment from the institution? ☐ Yes ☐ No
Monthly amount: _____

2. Are you currently employed?    ☐ Yes ☒ No
   a. If the answer is "*yes*," state your:
     *Monthly* salary or wages: _____
     Name and address of employer: _____

   b. If the answer is "*no*," state your:
     Beginning and ending dates of last employment: **10/2003**
     *Last monthly* salary or wages: **$5.25 per hour**
     Name and address of last employer: **Labor Ready**

3. Are you married? ☐ Yes ☒ No
   If the answer is "yes," is your spouse currently employed? ☐ Yes ☐ No
   Spouse's *monthly* salary or wages: _____
   Name and address of spouse's employer: _____
   _____

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark an X next to "Yes" or "No" in each of the categories a. through g, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   a. ☐ Salary or ☐ wages ☐ Yes ☒ No
      Amount: _____ Received by: _____

   b. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☒ No
      Amount: _____ Received by: _____

   c. ☐ Rental income, ☐ interest or ☐ dividends ☐ Yes ☒ No
      Amount: _____ Received by: _____

   d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☒ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ child support
      ☒ Yes ☐ No
      Amount: **$674.00** Received by: _____

   e. ☐ Gifts or ☐ inheritances ☐ Yes ☒ No
      Amount: _____ Received by: _____

   f. ☐ Unemployment, ☐ welfare or ☒ any other public assistance
      ☐ Yes ☐ No
      Amount: **$150.00** Received by: **Illinios Link Card**

   g. ☐ Any other sources (describe source: _____) ☐ Yes ☒ No
      Amount: _____ Received by: _____

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts? ☒ Yes ☐ No
   Total amount: **unknown**
   In whose name held: **Carolina Zelinski** Relationship to you: **mother**

6. Do *you or anyone else living at the same residence* own any stocks, bonds, securities or other financial instruments? ☒ Yes ☐ No
   Property: **unknown** Current value: **unknown**
   In whose name held: **Carolina Zelinski** Relationship to you: **mother**

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: March 7, 2012   _____
                              Signature of Applicant

                              _____Louis Fasullo_____
                                        (Print Name)

---

**NOTICE TO PRISONERS:** In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____ (Add all deposits from all sources and then divide by number of months).

_____        _____
          Date                                    Signature of Authorized Officer

                                        _____
                                                  (Print Name)